CHARLES A. HARRINGTON, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellant.

(Argued June 1, 1877; decided June 12, 1877.)

REPORTED below, 10 Hun, 248.

*A. J. Requier*, for appellant.

*Isaac S. Signor* and *H. E. Sickels*, for respondent.

Agreed to affirm. No opinion.
All concur.
Judgment affirmed.